UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA KOOPMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   CASE NO. 1:24-cv-00139-JPH-MKK |
| | ) |
| BELL AMERICAN GROUP LLC, | ) |
| UNKNOWN EMPLOYEES | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT AND MOTION TO
CONTINUE TELEPHONIC INITIAL PRETRIAL CONFERENCE**

Defendant, Bell American Group LLC, by counsel, hereby notify the Court that the parties have reached an agreement to settle the above-captioned matter and respectfully request that the Court continue the Telephonic Initial Pretrial Conference currently scheduled for April 26, 2024, at 9:30 A.M. EDT (ECF No. 16). Counsel for Plaintiff is aware of this Notice and Motion and does not object.

WHEREFORE, Defendant, Bell American Group LLC, by counsel, respectfully requests that the Court continue the Telephonic Initial Pretrial Conference currently scheduled for April 26, 2024, at 9:30 A.M. EDT (ECF No. 16), at least sixty (60) days, to a date most convenient to the Court, to give counsel time to prepare a settlement agreement and release and file a stipulation to dismissal with prejudice thereafter, and award all other just and proper relief in the premises.

Respectfully submitted,

**LEWIS WAGNER LLP**

By: */s/ Barath S. Raman*
BARATH S. RAMAN, #32116-49
THOMAS T. PALMER, #36396-53
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

        On April 19, 2024 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Clifford M. Robinson
THE LAW OFFICES OF
CLIFFORD M. ROBINSON
205 W Washington Street, Suite B
Rensselaer, Indiana 4798
cmrobinson@cmrobinsonlaw.com

Spenser Benge
THE LAW OFFICES OF
SPENSER G. BENGE
3737 S. Scatterfield Road., Ste. 200
Anderson, Indiana 46013
spenser@bengelawoffice.com

                                                          */s/ Barath S. Raman*
                                                          BARATH S. RAMAN

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Phone: (317) 237-0500
FAX: (317) 630-2790
braman@lewiswagner.com
tpalmer@lewiswagner.com