UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA KOOPMAN | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
|   -vs- | )   CASE NO. 1:24-cv-00139-JPH-MKK |
| | ) |
| BELL AMERICAN GROUP LLC, | ) |
| UNKNOWN EMPLOYEES | ) |
| | ) |
|      Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by counsel, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees and costs.

Approved:

*/s/ Clifford M. Robinson*
Clifford M. Robinson, #30826-49
THE LAW OFFICES OF
CLIFFORD M . ROBINSON
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
cmrobinson@cmrobinsonlaw.com
***Counsel for Plaintiff***

Approved:

*/s/ Barath S. Raman*
Barath S. Raman, #32116-49
Thoams T. Palmer, #36396-53
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 4620
braman@lewiswagner.com
tpalmer@lewiswagner.com
***Counsel for Defendant***

*/s/ Spenser Benge*
Spenser Benge, #33955-49
THE LAW OFFICES OF
SPENSER G. BENGE
3737 S. Scatterfield Road., Ste. 200
Anderson, Indiana 46013
spenser@bengelawoffice.com
***Counsel for Plaintiff***