UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TINA KOOPMAN | ) | The court acknowledges the Stipulation of Dismissal, Dkt. [19]. The Clerk is DIRECTED to close this case on the docket. JPH 5/23/2024. Distribution via ECF. |
| Plaintiff, | ) | |
| -vs- | ) | |
| BELL AMERICAN GROUP LLC, UNKNOWN EMPLOYEES | ) | CASE NO. 1:24-cv-00139-JPH-MKK |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by counsel, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees and costs.

Approved:

/s/ Clifford M. Robinson
Clifford M. Robinson, #30826-49
THE LAW OFFICES OF
CLIFFORD M . ROBINSON
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
cmrobinson@cmrobinsonlaw.com
**Counsel for Plaintiff**

Approved:

/s/ Barath S. Raman
Barath S. Raman, #32116-49
Thoams T. Palmer, #36396-53
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 4620
braman@lewiswagner.com
tpalmer@lewiswagner.com
**Counsel for Defendant**

/s/ Spenser Benge
Spenser Benge, #33955-49
THE LAW OFFICES OF
SPENSER G. BENGE
3737 S. Scatterfield Road., Ste. 200
Anderson, Indiana 46013
spenser@bengelawoffice.com
**Counsel for Plaintiff**